## STATE OF MISSOURI, Respondent, v. DINK ROSS, Appellant.

**Springfield Court of Appeals, April 1, 1912.**

CRIMINAL LAW: Appeal and Error. Where the defendant appealed from the judgment of conviction in a criminal action but filed no bill of exceptions and there was no error in the record proper, the judgment will be affirmed.

Appeal from Dent Circuit Court.—*Hon. L. B. Woodside,* Judge.

AFFIRMED.

*J. D. Gustin* for appellant.

*L. T. McGee,* Prosecuting Attorney, *E. W. Bennett,* Assistant Prosecuting Attorney, for respondent.

COX, J.—Defendant was tried in the circuit court of Dent county, August 23, 1911, upon a charge of felonious assault, convicted of common assault and has appealed. No bill of exceptions was filed and the record proper is free from error. Judgment affirmed. All concur.